Lyman G. Mason, Respondent, *v.* Willard F. Robison, Individually and as Trustee, et al., Appellants.

(Argued January 18, 1898; reargument ordered February 1, 1898.)

Reargument ordered upon the question: Whether the plaintiff and defendants were not engaged in a common

scheme as directors to defraud the stockholders of the company, and whether, if that be the case, the courts should interfere in behalf of either.